# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VFS FINANCING, INC., a Delaware corporation, | 3:09-cv-0266-RCJ (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | August 11, 2010 |
| SPECIALTY FINANCIAL CORP., a Nevada corporation, and NELLO GONFIANTINI, | |
| Defendants. | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:   NONE APPEARING

COUNSEL FOR PLAINTIFF(S):   NONE APPEARING

COUNSEL FOR DEFENDANT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants have filed a Motion for Reconsideration (Doc. #60). Plaintiff has opposed the Motion (Doc. #61) and Defendants have replied (Doc. #63).

   Defendants' Motion (Doc. #60) is **DENIED**. The court did not err in its June 10, 2010, decision granting Plaintiff's Motion for a Protective Order. The written discovery propounded by Defendants was untimely because the responses were due past the discovery cut-off date.

   The court takes no position concerning the adequacy or inadequacy of Plaintiff's Rule 26 disclosures.

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK
                                        By:           /s/
                                            Deputy Clerk