# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VFS FINANCING, INC., | ) | 3:09-CV-0266-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 14, 2013 |
| | ) | |
| SPECIALITY FINANCIAL CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to file VFS's opposition to Stacey Gonfiantini's motion for protective order and reply in support of VFS's motion to compel discovery from Stacey Gonfiantini *under seal* (#255).  Stacey Gonfiantini filed a notice of non-opposition to the motion (#261).  Therefore,

IT IS ORDERED that plaintiff's motion to file under seal (#255) is **GRANTED**.  VFS's opposition to Stacey Gonfinatini's motion for protective order and reply in support of VFS's motion to compel discovery from Stacey Gonfinatini (#256) is filed and shall remain *under seal.*

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
   Deputy Clerk