# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VFS FINANCING, INC., | ) | 3:09-CV-0266-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | May 16, 2013 |
| SPECIALITY FINANCIAL CORP., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Stacey Gonfiantini filed a motion to file reply in support of motion for protective order and accompanying declaration of Nello Gonfiantini *under seal* (#266). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion  Therefore,

IT IS ORDERED that plaintiff's motion to file under seal (#266) is **GRANTED**. Stacey Gonfiantini's reply in support of motion for protective order (#267) and accompanying declaration of Nello Gonfiantini (#268) are filed and shall remain *under seal*.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
           Deputy Clerk