# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| VFS FINANCING, INC., | ) | 3:09-CV-0266-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 7, 2013 |
| SPECIALITY FINANCIAL CORP., et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion to file plaintiff's reply to defendants' opposition to plaintiff's motion to compel defendant Nello Gonfiantini to disclose, at a deposition, communications between him and Shawn B. Meador and Don L. Ross *under seal* (#327).  No opposition was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion  Therefore,

IT IS ORDERED that plaintiff's motion to file under seal (#327) is **GRANTED**.  Plaintiff's reply to defendants' opposition to plaintiff's motion to compel defendant Nello Gonfiantini to disclose, at a deposition, communications between him and Shawn B. Meador and Don L. Ross (#328) is  filed and shall remain *under seal*.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk