UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| VFS FINANCING, INC. | )<br>)<br>) |
| Plaintiff, | ) Case No.   3:09-CV-0266-RCJ-VPC<br>) |
| vs. | )<br>)   MINUTE ORDER |
| SPECIALTY FINANCIAL CORP. | )<br>) |
| Defendant. | )   Date:  July 22, 2013 |

**PRESENT:**
**THE HONORABLE ROBERT C. JONES, CHIEF UNITED STATES DISTRICT JUDGE**

**Deputy Clerk:** Lesa Ettinger       **Reporter:**  Margaret Griener

**Counsel for Plaintiff:**   Timothy Harris and Andrew Dixon

**Counsel for Defendant:**   Mark Gunderson and John Funk

On July 22, 2013 the Court conducted a motions hearing in Reno, Nevada, Courtroom 6. The Court heard argument on numerous pending motions, and for reasons set forth on the record,

IT IS HEREBY ORDERED that the Motion to Stay Execution Upon Judgment (ECF No. 155) is DENIED.

IT IS FURTHER ORDERED that the Motions for Hearing on Claimed Exemption from Execution (ECF Nos. 166, 193, 204, 218, 228, ) are GRANTED IN PART AND DENIED IN PART. GRANTED as it relates to Motion for Hearing and DENIED with respect to Claimed Exemption from Execution.

IT IS FURTHER ORDERED that the Motion for Turnover of Funds (ECF No. 172) is GRANTED.

IT IS FURTHER ORDERED that the Application for Entry of Charging Orders (ECF No. 262) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Defendant's Opposition to Application for Entry of Charging Orders Under Seal (ECF No. 270) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Application for Entry of Charging Order (ECF No. 272) is GRANTED.

IT IS FURTHER ORDERED that the Sealed Application for Entry of Charging Order (ECF No. 273) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Plaintiff's Motion to Hold Defendant Nello Gonfiantini in Contempt and to Continue Prohibition of his Transfer of Non-Exempt Assets Under Seal (ECF No. 275) is GRANTED.

IT IS FURTHER ORDER that Plaintiff's Motion to Hold Defendant Nello Gonfiantini in Contempt and to Continue Prohibition of his Transfer of Non-Exempt Assets is (ECF No. 276) GRANTED, **with a limit of two thousand dollars.**

IT IS FURTHER ORDERED that the Motion to File Reply to Opposition to Application for Entry of Charging Orders Under Seal (ECF No. 277) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Motion for Entry of: (1) Order to Show Cause Why Writ of Attachment Should Not Issue; (2) Writ of Attachment; and (3) Turnover Order; Motion for Order Shortening Time Under Seal (ECF No. 281) GRANTED IN PART AND DENIED IN PART. GRANTED as it relates to Motion to File Motion, Writ of Attachment and Turn Over Order and DENIED with respect to Order to Show Cause Why Writ of Attachment Should Not Issue.

IT IS FURTHER ORDERED that the Motion to File Motion for Order Shortening Time (ECF No. 282) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Opposition to Plaintiff's Motion to Hold Defendant Nello Gonfiantini in Contempt and to Continue Prohibition of his Transfer of Non-Exempt Assets Under Seal (ECF No. 285) is GRANTED.

IT IS FURTHER ORDERED that the Motion to file Plaintiff's Motion for a Post-Judgment Injunction Freezing Defendants' Non-Exempt Assets and an Order Requiring Defendant Gonfiantini to Appear at a Second, In-Person Deposition at his Expense Under Seal (ECF No. 291) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion for a Post-Judgment Injunction Freezing Defendants' Non-Exempt Assets and an Order Requiring Defendant Gonfiantini to Appear at a Second, In-Person Deposition at his Expense (ECF No. 292) is GRANTED.

IT IS FURTHER ORDERED that the Motion for File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion to Hold Defendant Nello Gonfiantini in Contempt and to Continue Prohibition of His Transfer of Non-Exempt Assets Under Seal (ECF No. 293) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Opposition to Plaintiff's Motion for Entry of: (1) Order to Show Cause Why Writ of Attachment Should not Issue; (2) Writ of Attachment; and (3) Turnover Order; Motion for Order Shortening Time Under Seal (ECF No. 295) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Entry of: (1) Order to Show Cause Why Writ of Attachment Should not Issue; (2) Writ of Attachment; and (3) Turnover Order; Motion for Order Shortening Time Under Seal  (ECF No. 297) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Opposition to Plaintiff's Motion for Post-Judgment Injunction Freezing Defendants' Non-Exempt Assets and an Order Requiring Defendant Gonfiantini to Appear at a Second, In-Person Deposition at his Expense Under Seal (ECF No 306) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Plaintiff's Reply to Defendants' Opposition to Motion for a Post-Judgment Injunction Freezing Defendants' Non-Exempt Assets and an Order Requiring Defendant Gonfiantini to Appear at a Second, In-Person Deposition at his Expense Under Seal (ECF No 310) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's Motion to Compel Defendant Nello Gonfiantini to Disclose, at a Deposition, Communications between Him and Shawn B. Meador and Don L. Ross (ECF No. 313) is GRANTED **within the scope stated on the record**.

IT IS FURTHER ORDERED that the Motion to File Plaintiff's Emergency Motion for an Emergency Hearing or, in the Alternative, for the Entry of an Order Granting the Motion Without Hearing Under Seal (ECF No. 317) is GRANTED.

IT IS FURTHER ORDERED that the Motion to File Plaintiff's Reply to Defendants' Opposition to Plaintiff's Emergency Motion for an Emergency Hearing or, in the Alternative, for the Entry of an Order Granting the Motion Without Hearing Under Seal (ECF No. 334) is GRANTED.

IT IS FURTHER ORDERED that Application for Entry of Charging Order and Motion for Order Shortening Time (ECF No. 345) is GRANTED.

IT IS FURTHER ORDERED that prevailing counsel shall prepare and submit proposed orders in accordance with the Court's ruling.

IT IS SO ORDERED.

Dated this 22nd day of July, 2013.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE