# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VFS FINANCING, INC., a Delaware Corporation,<br><br>                     Plaintiff,<br><br>          vs.<br><br>SPECIALTY FINANCING CORP., a Nevada Corporation, and NELLO GONFIANTINI,<br><br>                     Defendants. | 3:09-cv-00266-RCJ-VPC<br><br>**ORDER** |

          Pending before the Court are (1) Plaintiff's Motion to File Plaintiff's Motion for Entry of Proposed Orders Under Seal (ECF No. 363); (2) Defendants' Motion to File Defendants' Opposition to Plaintiff's Motion for Entry of Proposed Orders Under Seal (ECF No. 365); and (3) Plaintiff's Motion to File Plaintiff's Reply Under Seal (ECF No. 367). The Parties agree that each of these filings (ECF Nos. 364, 366, and 368) contain information that has been identified as confidential in the Stipulated Protective Order entered by this Court on February 19, 2013 (ECF No. 269). Therefore, the parties have established good cause for filing ECF Nos. 364, 366, and 368 under seal.

///

///

///

IT IS HEREBY ORDERED that the Motions to File Under Seal (ECF Nos. 363, 365, and 367) are GRANTED.

IT IS FURTHER ORDERED that ECF Nos. 364, 366, and 368 be filed under seal.

IT IS SO ORDERED.

Dated this 15th day of October, 2013.

_____
ROBERT C. JONES
United States District Judge

2