Andrew F. Dixon
Nevada Bar No. 008422
BOWLER DIXON & TWITCHELL LLP
3137 East Warm Springs Road, Ste. 100
Las Vegas, Nevada 89120
Phone: 702-436-4333
Fax: 702-260-8983
andrew@bdtlawyers.com

-and-

Timothy S. Harris
Kelley A. Tibble
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
Phone: 312-207-1000
Fax: 312-207-6400
tharris@reedsmith.com

*Attorneys for VFS Financing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VFS FINANCING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY FINANCIAL CORP., a Nevada corporation and NELLO GONFIANTINI,<br><br>Defendants. | Civil No.: 3:09-CV-00266-RCJ-VPC |

## CHARGING ORDER

On September 16, 2011, a judgment in the amount of $5,500,000 was rendered by this Court against Specialty Financial Corp. ("Specialty Financial") and Nello Gonfiantini ("Nello") in favor of VFS Financing, Inc. ("VFS"). The Court, having considered the pleadings, the evidence, and the argument of counsel with respect to the issuance of a charging order against

SDL Capital, LLC, a limited liability company in which Nello is a member, finds that:

1. A charging order (the "Charging Order") is hereby entered in favor of VFS Financing, Inc. and against the limited liability company interest of judgment debtor Nello, either individually, or as Trustee, Settlor or Beneficiary of the Nello Gonfiantini, III, 1981 Trust, as amended ("Nello Trust"), and any entity in which Nello or the Nello Trust has an interest, in SDL Capital, LLC, a Nevada limited liability company, directly or indirectly, and said Charging Order shall be enforced in accordance with the Nevada limited liability company act, Chapter 86 of Nevada Revised Statutes (the "Act");

2. The Charging Order shall constitute a lien in favor of VFS Financing, Inc. on any interest of Nello, the Nello Trust, and any entity in which Nello or the Nello Trust has an interest, directly or indirectly, in SDL Capital, LLC upon entry of this order;

3. Without limiting any of VFS Financing, Inc.'s rights under the Act, any disbursements and/or distributions on account of the limited liability company interest of Nello, the Nello Trust, and any entity in which Nello or the Nello Trust has an interest, directly or indirectly, in SDL Capital, LLC are hereby charged and shall be paid over to VFS Financing, Inc. or its attorneys until such time as Nello has satisfied all of its payment obligations to VFS Financing, Inc. pursuant to the Judgment dated September 16, 2011, entered in the District Court of Nevada, Case No. 3:09-CV-00266-RCJ-VPC;

4. VFS Financing, Inc.'s remedies pursuant to the Charging Order shall be limited to those remedies available under the Act.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Date: ____July 23, 2014____