BOWLER DIXON & TWITCHELL LLP
3137 E. Warm Springs Rd., Suite 100
Las Vegas, Nevada 89120

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VFS FINANCING, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>SPECIALTY FINANCIAL CORP., a Nevada corporation, and NELLO GONFIANTINI,<br><br>Defendants. | Civil No.: 3:09-CV-00266-RCJ-VPC<br><br>**ORDER DISSOLVING ORDERS CHARGING NELLO GONFIANTINI, III'S INTEREST IN CERTAIN ENTITIES** |

Plaintiff, VFS Financing, Inc. ("VFS"), filed an Unopposed Motion to Dissolve Orders Charging Nello Gonfiantini, III's Interest in Certain Entities (the "Motion"). Defendants Nello Gonfiantini and Specialty Financial Corp. (collectively, "Defendants") do not oppose the Motion. After careful consideration of the Motion, and good cause appearing, the Court finds that the Motion should be GRANTED.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. The Order Granting Application for Entry of Charging Order wherein the Court ordered that a charging order be entered in favor of VFS and against the stock held or owned by Gonfiantini, either individually, or in his capacity as Trustee, Settlor, or Beneficiary of the Gonfiantini Trust, in Specialty Mortgage Corp. (the "Specialty Mortgage Charging Order") [Dkt. 379] is hereby dissolved;

2. The Order Granting Application for Entry of Charging Order wherein the Court ordered that a charging order be entered in favor of VFS and against the limited liability company interests held or owned by Specialty Financial in Specialty Land, LLC, a Nevada limited liability company (the "Specialty Land Charging Order") [Dkt. 380] is hereby dissolved;

3. The Order Granting Application for Entry of Charging Orders wherein the Court ordered that a charging order be entered in favor of VFS and against:

    a. the limited liability company interest(s) held or owned by Gonfiantini, individually, or in his capacity as Trustee, Settlor, or Beneficiary of the Gonfiantini Trust, in Gonzo Investor, LLC, a Nevada limited liability company; and

    b. the limited liability company interest(s) held or owned by Gonzo Investor, LLC in each of the following entities: Gonzo Storage, LLC, a Nevada limited liability company; Imperial 1585, LLC, a Nevada limited liability company; Vero Desert Lakes, LLC, a Nevada limited liability company; Presidio Holdings, LLC, a Nevada limited liability company; and Desert Lakes Master, LLC, a California limited liability company (the "Gonzo Charging Order") [Dkt. 381] is hereby dissolved; and

4. The Charging Order wherein the Court ordered that a charging order be entered in favor of VFS and against the limited liability company interest of Nello, either individually, or as Trustee, Settlor, or Beneficiary of the Nello Gonfiantini, III, 1981 Trust, and any entity in which Nello or his trust has an interest in SDL Capital, LLC, a Nevada limited liability company (the "SDL Capital Order," and, with the Specialty Mortgage Charging Order, the Specialty Land Charging Order, and the Gonzo Charging Order, the "Charging Orders") [Dkt. 420] is hereby dissolved.

/ / /
/ / /
/ / /

IT IS FURTHER ORDERED, that the Charging Orders are of no further force and effect as of the date of this Order.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: This 4th day of December, 2015.

Respectfully submitted by:

BOWLER DIXON & TWITCHELL LLP

 /s/ Andrew F. Dixon
Andrew F. Dixon
Nevada Bar No. 008422
3137 East Warm Springs Road, Ste. 100
Las Vegas, Nevada 89120
Phone: 702-436-4333
Fax: 702-260-8983
andrew@bdtlawyers.com

-and-

Timothy Harris
Kelley A. Tibble
REED SMITH LLP
10 S. Wacker Drive, Suite 4000
Chicago, Illinois 60606
Phone: 312-207-1000
Fax: 312-207-6400
tharris@reedsmith.com
ktibble@reedsmith.com
*Attorneys for VFS Financing, Inc.*